# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LEWIS PAUL FULBRIGHT,**
      Petitioner,

    v.

**STATE OF WISCONSIN,**
      Respondent.

Case No. 08-C-0635

## ORDER

Petitioner, a pro se litigant, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the $5 filing fee but has requested leave to proceed in forma pauperis. However, petitioner has not submitted a certified copy of his prison trust account statement or any other document that shows the amount of money he has in his institutional account. See Rule 3(a)(2), Rules Governing Section 2254 Cases. On July 25, 2008, the clerk's office mailed a letter to petitioner asking that he submit a copy of his trust account statement within 20 days, but petitioner did not do so. Because I am uncertain whether petitioner's failure to respond to the clerk's letter was an oversight, or whether he no longer wishes to prosecute this action, I will grant him 20 additional days to either pay the $5 filing fee or submit a certified copy of his trust account statement. If I do not hear from petitioner within 20 days from the date of this order, this case will be dismissed for failure to pay the filing fee.

**SO ORDERED** at Milwaukee, Wisconsin, this 3 day of September, 2008.

/s_____
LYNN ADELMAN
District Judge